Jason A. Leckerman (I.D. # 025922001)
Brittany M. Wilson (I.D. # 024002012)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999

Casey G. Watkins (I.D. # 060122014)
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
Telephone: 856.761.3400
Facsimile: 856.761.1020

*Attorneys for Cigna Health and Life Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMBER NEWKIRK and WAYMON NEWKIRK, h/w,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN SENTMAN and/or JOHN DOE(s) (1-100) (a fictitious name for a presently unknown and unidentified individual), BRANDIE MULVENNA and/or JANE DOE(s) (1-100) (a fictitious name for a presently unknown and unidentified individual), CIGNA HEALTH and LIFE INSURANCE COMPANY and/ ABC CORPORATION (1-100) (a fictitious name for a presently unknown and unidentified corporation), PROGRESSIVE GARDEN STATE INSURANCE COMPANY and/or DEF CORPORATION (1-100) (a fictitious name for a presently unknown and unidentified corporation), Individually, jointly, severally and in the alternative,<br><br>Defendants. | Civil Action No.   1:20-3055<br><br>**CORPORATE DISCLOSURE STATEMENT OF CIGNA HEALTH AND LIFE INSURANCE COMPANY** |

Cigna Health and Life Insurance Company, pursuant to Federal Rule of Civil Procedure 7.1, files the following Corporate Disclosure Statement:

1. Cigna Health and Life Insurance Company is a wholly-owned subsidiary of Connecticut General Life Insurance Company.

2. Connecticut General Life Insurance Company is a wholly-owned subsidiary of Connecticut General Corporation.

3. Connecticut General Corporation is a wholly-owned subsidiary of Cigna Holdings, Inc.

4. Cigna Holdings, Inc. is a wholly-owned subsidiary of Cigna Holding Company.

5. Cigna Holding Company is a wholly-owned subsidiary of Cigna Corporation, a publicly-traded company which has no parent company and no publicly-traded company owns more than 10 percent of its stock.

Dated: March 19, 2020

By: /s/ *Brittany M. Wilson*
Jason A. Leckerman, Esq.
Brittany M. Wilson, Esq.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax: (215) 864-8999

Casey G. Watkins
Ballard Spahr LLP
210 Lake Drive East
Suite 200
Cherry Hill, NJ 08002-1163
Tel: (856) 761-3400
Fax: (856) 761-1020

*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I, Brittany M. Wilson, hereby certify that on this date, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served on counsel for Plaintiffs via First Class Mail, postage prepaid, at the address specified below.

David S. Rochman, Esq.
Law Office of David S. Rochman, Esq.
Adams Place
701 White Horse Road, Suite 5
Vorhees, NJ 08043
*Attorney for Plaintiffs*

Date:  March 19, 2020            */s/ Brittany M. Wilson*
                                 Brittany M. Wilson